In the Matter of ERIN WINE & LIQUOR STORE, INC., Respondent, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority, Appellants.

Argued May 24, 1954; decided July 14, 1954.

*Alvin McKinley Sylvester* and *Robert W. Corcoran* for appellants.

*Louis Rivkin, Morris Rosen* and *Irwin Reicher* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.